GERTRUDE B. LUX et al., Appellants, *v.* GRACE F. HORTON, as Administratrix of the Estate of BYRON C. HORTON, Deceased, et al., Respondents.

*Lux* v. *Horton*, 166 App. Div. 954, affirmed.

(Argued March 5, 1918; decided March 19, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 1, 1915, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The complaint alleged that Horton committed fraud in concealing from Lux the fact that Horton owned certain real property at a time when he contracted to sell to Lux certain other real property to be used as an hydro-electric development and power project; that Lux supposed he was securing all the lands and riparian rights that Horton owned which would be useful to such development; that the lands so alleged to have been withheld are necessary to said project and that fiduciary relation existed between the parties, which was violated by the alleged concealment. The defense was that there never was any concealment of title by Horton; that there was no such fiduciary relation between the parties as is required to impress a trust; that the relations between the parties were simply contractual — nothing more, and that, if it were conceded that a fiduciary relation existed between these parties, even then, Lux knew all about Horton's ownership of said lands and acquiesced therein and is now estopped from asserting the claims set forth in the complaint.

*Louis Marshall* and *Henry Purcell* for appellants.
*Udelle Bartlett* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.